DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FAIROUZ GUERROUJ,**
Appellant,

v.

**HOME DEPOT U.S.A., INC.,**
Appellee.

No. 4D2024-3183

[March 5, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Brett M. Waronicki, Judge; L.T. Case No. 562022CA000812.

Anais Mirabile and Christian F. Schoepp of Obront, Corey & Schoepp, PLLC, Miami, for appellant.

Alan M. Pierce of Liebler Gonzalez & Portuondo, Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***